John E. Mullen, as Administrator, etc., Appellant, v. The Schenectady Railway Company, Respondent.— Motion denied.

In the Matter of the Application of Cornelius M. Carney, Respondent, to Compel an Accounting by Thomas F. Powers, an Attorney, Appellant, for Moneys, etc.— Order modified so as to direct the referee to make inquiry as to the circumstances under which this agreement was made and as to its legality and fairness, and report the same to the court with his conclusions; and by striking therefrom the provision vacating and declaring void the agreement between Powers and Cornelius M. Carney, and the direction that any moneys found due on the assumption that this agreement is void be paid by Powers to Carney, and reserving determination of the defendant's liability until the coming in of the report. The accounting as directed by the order appealed from shall be taken if the referee is of the opinion that the agreement should be vacated. As so modified the order is affirmed, without costs to either party. All concurred.

In the Matter of the Application of James Carney, Respondent, to Compel an Accounting by Thomas F. Powers, an Attorney, Appellant, for Moneys, etc.— Order modified so as to direct the referee to make inquiry as to the circumstances under which this agreement was made and as to its legality and fairness, and report the same to the court with his conclusions; and by striking therefrom the provision vacating and declaring void the agreement between Powers and James Carney, and the direction that any moneys found due on the assumption that this agreement is void be paid by Powers to Carney, and reserving determination of the defendant's liability until the coming in of the report. The accounting as directed by the order appealed from shall be taken if the referee is of the opinion that the agreement should be vacated. As so modified the order is affirmed, without costs to either party. All concurred.

In the Matter of the Application of Elizabeth T. Pratt, Respondent, to Compel an Accounting by Thomas F. Powers, an Attorney, Appellant, for Moneys, etc.— Order modified so as to direct the referee to make inquiry as to the circumstances under which this agreement was made and as to its legality and fairness, and report the same to the court with his conclusions, and by striking therefrom the provision vacating and declaring void the agreement between Powers and Elizabeth T. Pratt, and the direction that any moneys found due on the assumption that this agreement is void be paid by Powers to Pratt, and reserving determination of the defendant's liability until the coming in of the report. The accounting as directed by the order appealed from shall be taken if the referee is of the opinion that the agreement should be vacated. As so modified the order is affirmed, without costs to either party. All concurred.

In the Matter of the Application of William J. Reed, as a Creditor of Henry M. Bailey, Deceased, Respondent, for Permission to Sell Real Estate to Pay Debts of Said Henry M. Bailey. Frances H. Stoddard and Others,